**No. 56492.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protests 145440–K, etc. (New York).

430

Opinion by FORD, J. It was stipulated that certain items of the involved merchandise consist of woven fabrics in the piece, wholly of silk, bleached, and valued at more than $5.50 per pound, the same in all material respects as those passed upon in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). The claim of the plaintiff was therefore sustained.